UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. COATES,<br>            Petitioner,<br>   v.<br>GOVERNOR OF CALIFORNIA,<br>            Respondent. | Case No. 20-7781-SVK<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at San Quentin State Prison, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges his state conviction from the Superior Court of Riverside County. Venue for a habeas petition is proper in either the district of the confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). However, petitions challenging a conviction or sentence are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(b)(1); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Here, because petitioner challenges a conviction from Riverside County, the Central District of California, Eastern Division, is the district of conviction.

//

//

//

Case No. 20-7781 SVK (PR)
ORDER OF TRANSFER

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California, Eastern Division. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

**IT IS SO ORDERED.**

DATED: December 2, 2020

SUSAN VAN KEULEN
United States Magistrate Judge